212

66 So.2d 445

### James KILPATRICK v. STATE.
#### 8 Div. 718.

Supreme Court of Alabama.
June 30, 1953.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for the petition.

Rogers, Howard & Redden, Birmingham, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Kilpatrick v. State, Ala.App., 66 So.2d 441.

Writ denied.

All the Justices concur.

66 So.2d 105

### Albert THOMAS v. STATE.
#### 5 Div. 569.

Supreme Court of Alabama.
May 21, 1953.

Rehearing Denied June 30, 1953.

J. B. Atkinson, Omar L. Reynolds and Reynolds & Reynolds, all of Clanton, for petitioner.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., and Thos. M. Haas, Montgomery, of counsel, opposed.

STAKELY, Justice.

Petition of Albert Thomas for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Thomas v. State, Ala. App., 66 So.2d 103.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

66 So.2d 191

### Albert THOMAS v. STATE.
#### 5 Div. 575.

Supreme Court of Alabama.
June 30, 1953.

J. B. Atkinson, Omar L. Reynolds and Reynolds & Reynolds, all of Clanton, for petitioner.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Albert Thomas for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Thomas v. State, Ala.App., 66 So.2d 189.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.